WILLIAM PARKER *v.* COMMISSIONER OF CORRECTION
WOODROW CHAPMAN *v.* COMMISSIONER OF CORRECTION
GLENN BOWERS *v.* COMMISSIONER OF CORRECTION
JAMES BRANTLEY *v.* COMMISSIONER OF CORRECTION
DOUGLAS FRANKLIN *v.* COMMISSIONER OF CORRECTION
JOHNNIE GATES *v.* COMMISSIONER OF CORRECTION
ALVIN MOORE *v.* COMMISSIONER OF CORRECTION
WILLIAM SHELTON *v.* COMMISSIONER OF CORRECTION
MELVIN JONES *v.* COMMISSIONER OF CORRECTION

The petitioners' petition for certification for appeal from the Appellate Court, 27 Conn. App. 675, is denied.

*Albert B. Harper,* special public defender, in support of the petition.

*Paul J. Ferencek,* assistant state's attorney, in opposition.

Decided July 9, 1992

CITY OF HARTFORD *v.* STANLEY TUCKER ET AL.

The defendant's petition for certification for appeal from the Appellate Court, 27 Conn. App. 912, is granted, limited to the following question:

"Does the initiation of federal forfeiture proceedings stay concurrent foreclosure proceedings pending in the state's courts?"

*Stanley V. Tucker,* pro se, in support of the petition.

Decided July 9, 1992